# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135010

LORENZO C. TOWNSEND, #201112

     Plaintiff-Appellant,

v

FRANCIS A. KRCMARIK,

     Defendant-Appellee.

_____

SC: 135010
CoA: 279722

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of October 8, 2007, the Clerk of the Court is hereby directed to close this file.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

jm